# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **FRANKLYN BENJAMIN MOLINA,** : | |
|    Petitioner : | |
| : | No. 1:17-cr-72 |
| v. : | |
| : | (Judge Kane) |
| **UNITED STATES OF AMERICA,** : | |
|    Respondent : | |

## ORDER

**AND NOW**, on this 13th day of September 2019, in accordance with the Memorandum issued concurrently with this Order, **IT IS ORDERED THAT**:

1. Petitioner's motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 (Doc. No. 31) is **DISMISSED**;

2. Petitioner's motion for an extension of time to obtain transcripts (Doc. No. 30) is **DENIED AS MOOT**;

3. A certificate of appealability **SHALL NOT ISSUE**; and

4. The Clerk of Court is directed to **CLOSE** the corresponding civil action opened at 1:19-cv-89.

                                                                            s/ Yvette Kane
                                                                            Yvette Kane, District Judge
                                                                            United States District Court
                                                                            Middle District of Pennsylvania